# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | CASE NUMBER 08CR0356 IEG |
|---|---|---|
| vs | ) | ABSTRACT OF ORDER |
| Ariadan Berenice Reyes-Olita | ) | Booking No. 05842298 |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of _____6/2/08_____
the Court entered the following order:

__X__ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

_____ Defendant released on $_____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and (_____ bond) (_____ bond on appeal) exonerated.

__X__ Defendant sentenced to TIME SERVED, supervised release for __2__ years.

_____ c.c. judgment Court of Appeals (_____ affirming) (_____ reversing) decision of this Court:
       _____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other._____

Received _____ DUSM

UNITED STATES MAGISTRATE JUDGE
                              OR
W. SAMUEL HAMRICK, JR.   Clerk
by
   /s/ Deputy Clerk

Crim-9   (Rev 6-95)                           ★ U.S. GPO: 1996-783-398/40151

**CLERKS' COPY**